MARTIN J. AMBACHER (State Bar No. 144596)
JOHN C. ADAMS (State Bar No. 230373)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
SPD ROAD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| RAJU B. SINGH, an individual, ARUNDEEP KAUR, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPD ROAD, LLC, a California Limited Liability Company and DOES 1 through 10,<br><br>Defendants. | Case No. C10-00355 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PER FRCP 41(a)(1)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiffs, all of them, hereby dismiss this action against Defendant SPD ROAD, LLC, a California Limited Liability Company,

/////
/////
/////
/////
/////

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL OF ENTIRE ACTION, WITH
PREJUDICE, PER FRCP 41(a)(1)

and Does 1 through 10, with prejudice, each party to bear their own fees and costs, pursuant to the settlement of this action.

**IT IS SO STIPULATED**

Dated: August 16, 2010    McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/ Martin Ambacher
Martin J. Ambacher
Attorneys for Defendant
SPD ROAD, LLC, LLC, a California
Limited Liability Company

Dated: August 12, 2010    LAW OFFICES OF CRAIG P. FAGAN

By: /s/
Craig P. Fagan
Attorney for Plaintiffs RAJU B. SINGH
and ARUNDEEP KAUR

**ORDER**

Pursuant to stipulation, this action by Plaintiffs against Defendant SPD ROAD, LLC, a California Limited Liability Company, is hereby dismissed, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: 8/20, 2010

By: /s/ Saundra B. Armstrong
Honorable Saundra Brown Armstrong
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR    2
DISMISSAL OF ENTIRE ACTION, WITH
PREJUDICE, PER FRCP 41(a)(1)